1046

No. 83-5282. BYERS v. UNITED STATES. C. A. D. C. Cir. Certiorari denied.

No. 83-5289. LAMBERTIS v. VIRGIN ISLANDS. C. A. 3d Cir. Certiorari denied.

No. 83-5317. OWENS v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 83-5338. ANDERSON v. VIRGINIA. Sup. Ct. Va. Certiorari denied.

No. 83-5341. GREENE v. MASSEY, SUPERINTENDENT, UNION CORRECTIONAL INSTITUTE. C. A. 5th Cir. Certiorari denied.

No. 83-5357. CASH v. BACHTELL, WARDEN. C. A. 4th Cir. Certiorari denied.

No. 83-5364. HAMID v. UNITED STATES. Ct. App. D. C. Certiorari denied.

No. 83-5386. TUREL v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 83-5390. GREEN v. CALIFORNIA. Ct. App. Cal., 1st App. Dist. Certiorari denied.

No. 83-5400. SELLNER v. HUDNALL ET AL. Ct. Sp. App. Md. Certiorari denied.

No. 83-5437. CLAYTON ET AL. v. TEXAS. Ct. Crim. App. Tex. Certiorari denied.

No. 83-5442. ROGERS v. RULO ET AL. C. A. 8th Cir. Certiorari denied.

No. 83-5448. WILLIAMS v. PIERCE, SECRETARY OF HOUSING AND URBAN DEVELOPMENT, ET AL. C. A. 2d Cir. Certiorari denied.

No. 83-5470. WEATHERSBY v. MORRIS, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 83-5508. PATTERSON v. KOEHLER, WARDEN. C. A. 6th Cir. Certiorari denied.